# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY EUGENE DEVORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:14-cv-00663-SAB<br><br>ORDER TO SHOW CAUSE<br><br>SEVEN DAY DEADLINE |

　　　　On May 3, 2014, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits.  On May 7, 2014, the Court issued a scheduling order. (ECF No. 4).  The scheduling order states that within 95 days from the filing of the administrative record, Plaintiff shall file an opening brief.  Defendant lodged the Social Security administrative record on September 25, 2014.  (ECF No. 9.)  More than 95 days have passed and Plaintiff has not filed an opening brief nor sought an extension of time to do so.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within seven (7) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **January 8, 2015**

UNITED STATES MAGISTRATE JUDGE