# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY EUGENE DEVORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:14-cv-00663-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PARTIES STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF Nos. 11, 12, 13) |

On January 8, 2015, an order issued requiring Plaintiff Rickey Eugene Devore to show cause why this action should not be dismissed for failure to prosecute. On January 15, 2015, Plaintiff filed a response to the order to show cause, a stipulation for an extension of time to file his opening brief, and his opening brief. Based upon the response to the order to show cause and the stipulation of the parties,

IT IS HEREBY ORDERED THAT:

1.　The order to show cause issued January 8, 2015, is DISCHARGED;

2.　Plaintiff's opening brief, filed January 15, 2015 is considered timely filed;

///

///

1

3. Defendant's opposition to Plaintiff's opening brief shall be filed on or before February 27, 2015; and

4. Plaintiff's reply shall be filed on or before March 6, 2015.

IT IS SO ORDERED.

Dated: **January 16, 2015**

UNITED STATES MAGISTRATE JUDGE