UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICKEY EUGENE DEVORE, ) | Civil No. 1:14-cv-00663-SAB |
| ) | |
| Plaintiff, ) | ORDER RE FIRST EXTENSION OF TIME |
| ) | FOR DEFENDANT TO FILE RESPONSIVE |
| v. ) | PLEADING |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants' responsive brief shall be filed on or before March 30, 2015; and

2. Plaintiff's reply, if any, shall be filed on or before April 15, 2015.

IT IS SO ORDERED.

Dated: __**February 26, 2015**__                    _____
                                                     UNITED STATES MAGISTRATE JUDGE

1