BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICKEY EUGENE DEVORE,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:14-cv-00663-SAB<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he recently returned from a two week international vacation and is catching up on a heavy workload despite due diligence.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, April 29, 2015.

Respectfully submitted,

Date: <u>March 30, 2015</u>        STEVEN ROSALES

By:   <u>*/s/ Steven Rosales**         </u>
      STEVEN ROSALES
      *\* By email authorization on March 30, 2015*
      Attorney for Plaintiff

Date: <u>March 30, 2015</u>        BENJAMIN B. WAGNER
                                    United States Attorney

By:   <u>*/s/ Jeffrey Chen*         </u>
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   **March 30, 2015**        _____
                                    UNITED STATES MAGISTRATE JUDGE

2